

10 August 2011     US Dist. Court     Re: C11 02595  Vogt v. Orinda
Dear Judge James:
   I have not been yet able to serve the defendants, but will do so before my 120 days limit to serve them. I therefore request a continuance of my whole case to September 28, 2011 (still within my 120 service limits). I will guarantee that I will have them served by that date. So any date after that will be fine.

   As things stand now, the next date on my papers is 8-18-2011, but that would be changed to meet the new schedule resulting from the continuance.
   Your clerk Sondra said this letter would be adequate for this request.
   I declare under penalty of perjury the above is true.

Respectfully,

Edward Vogt, pro per plaintiff

370 N. Civic Drive #311
Walnut Creek, CA 94596
925 256-1252 res.
cell 925-997-8648
email  edward_v_2000@yahoo.com

Plaintiff's request is hereby GRANTED.  The Case Management Conference is continued to November 3, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  The joint case management statement shall be filed by October 27, 2011. All case management and ADR deadlines shall be adjusted accordingly.  Plaintiff shall ensure that this Order is served upon Defendants at the time he completes service of process.

Dated: August 11, 2011

