FRAN M. LAYTON (State Bar No. 111788)
SARA A. CLARK (State Bar No. 273600)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, CA 94102
Telephone:  (415) 552-7272
Facsimile:  (415) 552-5816
Layton@smwlaw.com
Clark@smwlaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

EDWARD VOGT,

    Plaintiff,

v.

CITY OF ORINDA, EMMANUEL URSU, DOES 1-100,

    Defendants.

Case No. C11-02595

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO ENLARGE TIME TO RESPOND TO FIRST AMENDED COMPLAINT

Judge:  Hon. Claudia Wilken

Action Filed:  May 31, 2011

Good cause appearing, IT IS HEREBY ORDERED that the Court-ordered date for Defendants City of Orinda and Emmanuel Ursu to file their response to Plaintiff Edward Vogt's First Amended Complaint is extended from December 30, 2011 until January 13, 2012.

**IT IS SO ORDERED.**

DATED: 12/23/2011

_____
Hon. Claudia Wilken

[PROPOSED] ORDER GRANTING MOTION TO ENLARGE TIME TO RESPOND TO FIRST AMENDED COMPLAINT
CASE NO. C11-02595