FRAN M. LAYTON (State Bar No. 111788)
SARA A. CLARK (State Bar No. 273600)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, CA 94102
Telephone:  (415) 552-7272
Facsimile:   (415) 552-5816
Layton@smwlaw.com
Clark@smwlaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| EDWARD VOGT,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF ORINDA, EMMANUEL URSU, DOES 1-100,<br><br>    Defendants. | Case No. C11-02595<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION TO ENLARGE TIME TO RESPOND TO FIRST AMENDED COMPLAINT<br><br>Judge:   Hon. Claudia Wilken<br><br>Action Filed:   May 31, 2011 |

1  Good cause appearing, IT IS HEREBY ORDERED that the Court-ordered date for
2  Defendants City of Orinda and Emmanuel Ursu to file their response to Plaintiff Edward Vogt's
3  First Amended Complaint is extended from December 30, 2011 until January 13, 2012.

**IT IS SO ORDERED.**

DATED:  12/23/2011

_____
Hon. Claudia Wilken

1

[PROPOSED] ORDER GRANTING MOTION TO ENLARGE TIME TO RESPOND TO FIRST AMENDED COMPLAINT
CASE NO. C11-02595